UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual

Plaintiffs,

vs.

PERRY L. RENIFF, in his official capacity of Sheriff of the County of Butte, California,

Defendant.

No.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATION OF A PROTECTED FIRST AMENDMENT ACTIVITY (42 U.S.C. §1983)

Plaintiffs Crime, Justice & America, Inc., and Ray Hrdlicka, by and through their attorneys, bring this action against Perry L. Reniff, in his official capacity of Sheriff of the County of Butte, California, to redress acts violating Plaintiffs' rights under the First and Fourteenth Amendment of the United States Constitution and allege as follows:

**INTRODUCTION**

1. Plaintiff Ray Hrdlicka is the owner of Crime, Justice and America, Inc., and publisher of *Crime, Justice & America*, a magazine aimed at educating and informing individuals ensnared in the sometimes-confusing criminal justice system.

2. For several years, Mr. Hrdlicka sought to deliver the magazine to prisoners of the Butte County jail, as he does in numerous counties throughout California, Washington, Oregon, Arizona, Maryland. Initially, on September 29, 2004, the County Counsel of Butte County, on behalf of the Sheriff, expressly indicated that the publication is denied distribution to the inmates of Butte County. On March 22, 2007, the Butte County Sheriff, through the County Counsel, again, denied the distribution of *Crime, Justice & America* to the inmates in Butte County Jail.

## JURISDICTION AND VENUE

3. This is an action that arises under the Civil Rights Act, 42 U.S.C. § 1983.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and 42 U.S.C. § 1983.

5. Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

## PARTIES

6. Plaintiff Crime, Justice & America, Inc. is a private company incorporated under the laws of the State of California. The primary business purpose of Crime, Justice & America, Inc. is to publish and distribute the quarterly periodical *Crime, Justice & America.*

7. Plaintiff Ray Hrdlicka is a resident of the State of California, the sole owner of Crime, Justice & America, Inc., and the publisher of *Crime, Justice & America.*

8. Defendant Perry L. Reniff is a resident of the State of California and the elected Sheriff of Butte County, California. As Sheriff of Butte County, Defendant Reniff maintains ultimate decision making authority regarding the function of the Butte County Jail. Defendant Reniff has been, is presently, and will be acting under the color of authority and law of the State of California and County of Butte. Defendant Reniff is and will be at all times relevant in this

complaint engaged in the enforcement and execution of the laws and regulations of the County of Butte, under which Plaintiffs' rights as set forth in this complaint have already been violated, and with respect to which Defendant will continue to violate so long as he refuses to deliver the magazine to its lawful recipients.

## FACTUAL BACKGROUND AND DEFENDANTS' UNLAWFUL CONDUCT

9. Crime, Justice & America, Inc. owns all copyrights, publications rights, and distribution rights to *Crime, Justice, & America*. *Crime, Justice & America* is a quarterly publication intended for distribution to all persons involved in the judicial system from prisoners to law enforcement officials, judges and attorneys.

10. *Crime, Justice & America* includes articles written by attorneys as well as other professionals from the fields of law enforcement, probation, and departments of correction. The articles, supplemented by life stories from reformed offenders and other crime prevention articles, provides detailed information on many different aspects of the criminal justice system.

11. *Crime, Justice & America* contains ninety (90) percent substantive content, with only ten (10) percent dedicated to any advertisement, well below the national average of fifty (50) percent advertising in periodical publications. The small amount of advertising in the publication is dedicated to advertising appropriate to those readers dealing with issues in the criminal justice system.

12. *Crime, Justice & America* was first published and distributed in May 2002.

13. *Crime, Justice & America* is currently distributed in forty-eight (48) counties throughout five (5) states, including California, Washington, Oregon, Arizona, Maryland. Currently, Thirty-two counties in California receive and deliver, or have agreed to deliver, copies

of *Crime, Justice & America*. Over one million copies have been delivered thus far, a significant percentage of which have been delivered to county jails located in the State of California.

14. In November 2004, a representative of the California Department of Corrections reviewed *Crime, Justice & America*. The reviewer was impressed by the variety of articles, the non-biased approach of the publication, readability of the publication, appropriate use of local relevant information, and appropriate and attractive illustration. Based upon these impressions, the reviewer recommended that the California Department of Corrections allow internal distribution of the magazine.

15. Throughout the publication and distribution of *Crime, Justice & America*, inmate recipients of the magazine have consistently praised the magazine and the utility of the information reported and provided. Crime, Justice & America, Inc. has received literally thousands of pieces of written correspondence from prisoners who comment that *Crime, Justice & America* was their sole access to material and pertinent information, even considering resources such as the jail's law library and their own attorneys.

16. Consistently, Crime, Justice & America, Inc. is informed that the publication is extremely helpful and necessary in providing prisoners with access to information. Literally thousands of inmates have sent requests to Crime, Justice & America, Inc. to remain as a subscriber to *Crime, Justice & America*.

17. Some county jails deliver properly mailed copies of *Crime, Justice & America* to individually named prisoners. Other counties, deferring potential administrative costs of delivering direct mailings to prisoners, have opted to accept copies of the magazine in bulk, thereafter delivering the publication informally to prisoners throughout the jail system.

18. In counties that do not use bulk distribution of the magazine, the publisher obtains public information about individual prisoners and then mails the magazine directly to the prisoner. These counties provide individual booking information to Crime, Justice & America, Inc. on the weekly prisoner population via e-mail, their individual Internet Web site, or through proper response to a Public Information Act request.

19. In bulk distribution cases, the publisher provides a weekly shipment of magazines, commonly in boxes of 100 issues each, to facilities via ground delivery by the United States Postal Service, Federal Express, or other similar mail service. The jail facilities deliver the magazine in a ratio of one issue for every 10 prisoners, dependent upon the physical layout of each specific facility. Representative California counties engaged in such bulk distribution include Los Angeles, Orange, Riverside, San Bernardino, Alameda, and San Diego.

20. On August 5 and 6, 2004, Plaintiff Hrdlicka contacted Butte County Sheriff's Department, inquiring about the Sheriff's preference of distribution, direct mailings or bulk distribution. On September 23, 2004, Butte County Counsel Brad Stephens indicated that the Sheriff's Department would not distribute the magazine in any manner, citing resources and advertising issues as the underlying reason.

21. On September 28, 2004, Plaintiff Hrdlicka responded to Butte County Counsel Stephens by written correspondence indicating the Supreme Court cases, Appellate Court cases, and State Bar Associations regulations that allowed Crime, Justice & America to be distributed into the Butte County Jail.

22. On September 29th, 2004, Butte County Sheriff Department, through County Counsel Stephens, denied the distribution of Crime, Justice & America into its facility, citing two Supreme Court cases.

23. On February 17, 2005, Crime, Justice & America, Inc. again requested, via telephone, that Butte County Sheriff's Department allow distribution of Crime, Justice & America. On the same day, County Counsel Stephens responded in a letter that Butte County's position is firm, and no magazines would be delivered to the inmates.

24. In early March 2007, Crime, Justice & America, Inc. renewed its request to distribute magazines into the Butte County Jail in a telephone conversation with County Counsel Stephens. On March 22, 2007, Butte County again denied the distribution of Crime, Justice & America into the Butte County Jail.

25. In denying the distribution of copies of *Crime, Justice & America* directly mailed to prisoners, Butte Sheriff's Department failed to cite any legitimate penological interests or issues as a basis or reason for the denial.

26. Butte County Sheriff Perry Reniff currently denies distribution of *Crime, Justice & America* whether directly mailed to inmates or dropped off for bulk distribution.

## COUNT I
### (Violation of 42 U.S.C. § 1983)

27. Plaintiffs reallege and incorporate by this reference each and every allegation set forth in paragraphs 1 through 31 above.

28. Plaintiffs have a Right protected by the First Amendment of the United States Constitution to distribute *Crime, Justice & America* to prisoners.

29. Acting under the color of state law, Defendant has denied, and continues to deny, Plaintiffs' rights to deliver and distribute *Crime, Justice & America*.

30. Defendant is not protecting any legitimate correctional goals or institutional security in denying the distribution of *Crime, Justice & America*.

31. In denying Plaintiffs' the right to deliver and distribute the publication *Crime, Justice & America*, defendant has denied Plaintiffs rights guaranteed by the United States Constitution and law of the United States.

32. Unless restrained by this Court, Defendant will continue to block delivery of *Crime, Justice & America* to prisoners in Butte County jail and thereby suppress Plaintiffs' exercise of freedom of speech and the press. This activity is protected by the First Amendment to the United States Constitution. Such enforcement will be to the Plaintiffs' irreparable injury, for which there is not adequate remedy at law.

33. When a violation of a constitutionally protected right is shown, no further showing of irreparable injury is required. *Associated General Contractors of California v. Coalition for Economic Equity*, 950 F.2d 1401, 1410 (9th Cir. 1991)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Crime, Justice & America, Inc., and Ray Hrdlicka respectfully request that the Court enter judgment against Defendant as follows:

1. Issue a Declaratory Judgment, declaring that:

   a) Plaintiffs' rights to deliver and distribute *Crime, Justice & America* in Butte County Jail are protected by the First and Fourteenth Amendments to the United States Constitution; and

   b) Defendant is required to deliver copies of each issue of the publication to prisoners to whom it is addressed;

2. Pending a hearing on Plaintiffs' prayer for permanent relief, issue a preliminary injunction restraining the Defendant, individually and as Sheriff of Butte County, and all persons

acting in concert or cooperation with him or at his direction and under his control, from further attempts to prohibit distribution or delivery of *Crime, Justice & America*;

3. Permanently enjoin Defendant, individually and as Sheriff of Butte County, and all persons acting in concert or cooperation with him or at his direction and under his control, from further attempts to prohibit distribution or delivery of *Crime, Justice & America*;

4. Award plaintiffs their reasonable costs and attorneys' fees for this action pursuant to the Civil Rights Attorneys' Fees Award Act of 1976 (42 U.S.C. § 1988); and

5. Grant Plaintiffs such other relief as is just and necessary.

DATED this 5th day of February, 2008.

LAW OFFICE OF ANDREW DÓSA

By: /s/ Andrew Dósa
Andrew Dósa
State Bar No. 113106
Attorney for Plaintiffs
LAW OFFICE OF ANDREW DÓSA
1516 Oak Street, Suite 310
Alameda, California 94501
Telephone: 510-865-1600
Facsimile: 510-865-7245
adosa@dosalaw.com
Attorney for Plaintiffs