IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CRIME, JUSTICE & AMERICA, INC., a  )
California Corporation; and RAY    )   2:08-cv-343-GEB-EFB
HRDLICKA, an individual,           )
                                   )
              Plaintiffs,          )
                                   )
     v.                            )   ORDER*
                                   )
PERRY L. RENIFF, in his official   )
capacity of Sheriff of the County  )
of Butte, California,              )
                                   )
              Defendant.           )
                                   )
```

On April 14, 2008, Plaintiffs requested to continue the hearing date on Defendant's pending motion to dismiss Plaintiffs' complaint to May 19, 2008. Defendant's motion was set for hearing on April 21, 2008.

Plaintiffs argue the continuance should be granted since (1) Plaintiffs' counsel wrongly calendared the due date for filing Plaintiffs' opposition to Defendant's dismissal motion, and (2) Plaintiffs' counsel is unable to attend the hearing on April 21, 2008

---

* This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

because he is to begin another trial on that date.  (Decl. of Spencer D. Freeman in Supp. of Pls.' Request to Continue ¶¶ 6, 8, 10-11.) Plaintiffs' counsel declares that upon learning of his inability to attend the April 21, 2008 hearing, he attempted to obtain a stipulation from Defendant to continue the hearing date to May 5, 2008 (the next available hearing date); Defendant's counsel refused because he is unavailable on that date.  (Id. ¶¶ 11-12.)  Defendant also refused to stipulate to moving the hearing to May 19, 2008 (the subsequent hearing date) because that date is too far in the future for his client to wait.  (Id.)

Under Local Rule 78-230(g), "[r]equests for continuances of hearings on the motion calendar . . . shall be made . . . at least five court days prior to the scheduled hearing date."  Plaintiffs' request was timely under this rule.  Since Plaintiffs' counsel is unavailable on April 21, 2008 and Defendant's counsel is unavailable on May 5, 2008, the hearing on Defendant's dismissal motion is continued to May 19, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge