IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual, | ) ) ) ) | 2:08-cv-343-GEB-EFB |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| PERRY L. RENIFF, in his official capacity of Sheriff of the County of Butte, California, | ) ) ) ) | |
| Defendant. | ) ) | |

      The Order filed on April 17, 2008 as docket number 18 is vacated in light of the opposition Defendant filed on that date.  The hearing on the dismissal motion is rescheduled to commence at 9 a.m. on May 5, 2008.

      IT IS SO ORDERED.

Dated:  April 17, 2008

                                                   _____
                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge

1