```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


CRIME, JUSTICE & AMERICA, INC., a  )    NON-RELATED CASE DECISION
California Corporation; and RAY    )
HRDLICKA, an individual,           )
                                   )
               Plaintiffs,         )    2:08-cv-343-GEB-EFB
                                   )
     v.                            )
                                   )
PERRY L. RENIFF, in his official   )
capacity of Sheriff of the County  )
of Butte, California,              )
                                   )
               Defendant.          )
_____)
                                   )
CRIME, JUSTICE & AMERICA, INC., a  )
California Corporation; and RAY    )
HRDLICKA, an individual,           )
                                   )
               Plaintiffs,         )    2:08-cv-394-FCD-EFB
                                   )
     v.                            )
                                   )
JOHN McGINNESS, in his official    )
capacity of Sheriff of the County  )
of Sacramento, California,         )
                                   )
               Defendant.          )
_____)
```

On July 24, 2008, Plaintiffs filed a notice in which they state the above-captioned actions are "possibly" related. However, it has not been shown that assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort or other economies. While similar preliminary questions of law may exist, each

///

///

1

1  action could involve different factual issues.  Therefore, the
2  undersigned judge declines to relate the actions.
3
4  Dated:  July 25, 2008
5
6                            _____
                             GARLAND E. BURRELL, JR.
7                            United States District Judge