UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California corporation; RAY HRDLICKA,<br><br>          Plaintiffs,<br><br>    v.<br><br>PERRY L. RENIFF, in his official capacity of Sheriff of the County of Butte, California,<br><br>          Defendant. | 2:08-cv-00343-GEB-EFB<br><br>ORDER |

After Defendant's pending summary judgment motion was submitted on November 26, 2008, Plaintiffs filed a motion for a continuance of the hearing date for Defendant's submitted summary judgment motion. Plaintiffs state the parties had agreed to continue the hearing date for the motion but never sought the Court's approval of that agreement. Plaintiffs also state the parties disagree as to date on which the hearing should be

1

1  rescheduled, and indicate the parties have been oblivious to their
2  obligation to timely ask the Court to continue the hearing date.
3          It should be evident that parties have no right to do
4  what the parties did.  Nevertheless the motion is rescheduled for
5  hearing commencing at 9:00 a.m. on January 12, 2009; and
6  consequently, the Final Pretrial Conference is rescheduled to
7  commence at 2:30 p.m. on April 13, 2009.
8          IT IS SO ORDERED.

Dated:  December 3, 2008

GARLAND E. BURRELL, JR.
United States District Judge