IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CRIME, JUSTICE & AMERICA, INC.,     )
a California Corporation; and       )   2:08-cv-00343-GEB-EFB
RAY HRDLICKA, an individual,        )
                                    )
              Plaintiffs,           )   ORDER GRANTING MOTION FOR
                                    )   LEAVE TO FILE AMENDED
         v.                         )   COMPLAINT AND DENYING MOTION
                                    )   TO JOIN PARTY
JERRY W. SMITH, in his official     )
capacity of Sheriff of the          )
County of Butte, California,*       )
                                    )
              Defendant.            )
_____)
```

       Plaintiffs move under Federal Rule of Civil Procedure ("Rule") 15(a)(2) for leave to file the First Amended Complaint ("FAC") attached to their motion, and under Rule 20(a)(2) to join the present Sheriff of the County of Butte, Jerry Smith, as a Defendant. The Rule 20(a)(2) portion of Plaintiffs' motion is denied as moot since Smith is already a Defendant in the action. The remainder of Plaintiffs' motion is unopposed, and is granted.

//

---

    * The name of the Defendant in the caption has been changed under Federal Rule of Civil Procedure 25(d), which automatically substitutes the successor public officer when a public officer sued in his official capacity ceases to hold office.

1   Therefore, Plaintiffs have ten (10) days leave from the date
2 on which this Order is filed to file the FAC referenced in this order.
3 Dated:  December 13, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge