ANDREW DOSA (SBN 113106)
Law Office of Andrew Dosa
1516 Oak Street, Suite 310
Alameda, CA 94501
(510) 865-1600

SPENCER D. FREEMAN (pro hac vice)
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY W. SMITH, in his official capacity of Sheriff of the County of Butte,<br><br>Defendant. | No. 08-00343 GEB EFB<br><br>FIRST AMENDED COMPLAINT FOR DAMAGES DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATION OF A PROTECTED FIRST AMENDMENT ACTIVITY (42 U.S.C. §1983) |

Plaintiffs Crime, Justice & America, Inc., and Ray Hrdlicka, by and through their attorneys, bring this action against Jerry Smith, in his official capacity of Sheriff of the County of Butte, California to redress acts violating Plaintiffs' rights under the First and Fourteenth Amendment of the United States Constitution and allege as follows:

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 1

# INTRODUCTION

1. Plaintiff Ray Hrdlicka is the of *Crime, Justice & America*, a magazine aimed at educating and informing individuals ensnared in the sometimes-confusing criminal justice system.

2. For several years, Mr. Hrdlicka sought to deliver the magazine to prisoners of the Butte County jail, as he does in numerous counties throughout California, Washington, Oregon, Arizona, Maryland. Initially, on September 29, 2004, the County Counsel of Butte County, on behalf of the Sheriff, expressly indicated that the publication is denied distribution to the inmates of Butte County. On March 22, 2007, the Butte County Sheriff, through the County Counsel, again, denied the distribution of *Crime, Justice & America* to the inmates in Butte County Jail.

# JURISDICTION AND VENUE

3. This is an action that arises under the First and Fourteenth Amendments to the United States Constitution pursuant to the Civil Rights Act, 42 U.S.C. § 1983.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), and 42 U.S.C. § 1983.

5. Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1391(b), (c) and (d), and Federal Rule of Civil Procedure 4(k)(1) and (2).

# PARTIES

6. Plaintiff Crime, Justice & America, Inc. is a private company incorporated under the laws of the State of California. The primary business purpose of Crime, Justice & America, Inc. is to publish and distribute the quarterly periodical *Crime, Justice & America.*

7. Plaintiff Ray Hrdlicka is a resident of the State of California, and the publisher of *Crime, Justice & America.*

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 2

8. Defendant Jerry Smith is a resident of the State of California and is the current elected Sheriff of Butte County, California. Defendant Smith was elected Sheriff after the Original Complaint in the action was filed. As Sheriff of Butte County, Defendant Smith maintains ultimate decision making authority regarding the function of the Butte County Jail. Defendant Smith has been, is presently, and will be acting under the color of authority and law of the State of California and County of Butte. Defendant Smith is and will be at all times relevant in this complaint engaged in the enforcement and execution of the laws and regulations of the County of Butte, under which Plaintiffs' rights as set forth in this complaint have already been violated, and with respect to which Defendant will continue to violate so long as he refuses to deliver the magazine to its lawful recipients. Perry L. Reniff was the elected Sheriff of Butte County, California, prior to Jerry Smith, with the same duties, authorities, and responsibilities as current Sheriff Smith and at times relevant to actions alleged herein..

## FACTUAL BACKGROUND AND DEFENDANTS' UNLAWFUL CONDUCT

9. Crime, Justice & America, Inc. owns all copyrights, publications rights, and distribution rights to *Crime, Justice, & America*. *Crime, Justice & America* is a quarterly publication intended for distribution to all persons involved in the judicial system from prisoners to law enforcement officials, judges and attorneys.

10. *Crime, Justice & America* includes articles written by attorneys as well as other professionals from the fields of law enforcement, probation, and departments of correction. The articles, supplemented by life stories from reformed offenders and other crime prevention articles, provides detailed information on many different aspects of the criminal justice system.

11. *Crime, Justice & America* contains ninety (90) percent substantive content, with only ten (10) percent dedicated to any advertisement, well below the national average of fifty

(50) percent advertising in periodical publications. The small amount of advertising in the publication is dedicated to advertising appropriate to those readers dealing with issues in the criminal justice system, including, but not necessarily limited to, at times criminal defense attorneys, criminal investigators, and bail bond companies.

12.    *Crime, Justice & America* was first published and distributed in May 2002.

13.    *Crime, Justice & America* has been or is currently distributed in forty-eight (48) counties throughout five (5) states, including California, Washington, Oregon, Arizona, Maryland. Currently, Thirty-two counties in California receive and deliver, or have agreed to deliver, copies of *Crime, Justice & America*. Over one million copies have been delivered thus far, a significant percentage of which have been delivered to county jails located in the State of California.

14.    In November 2004, a representative of the California Department of Corrections reviewed *Crime, Justice & America*. The reviewer was impressed by the variety of articles, the non-biased approach of the publication, readability of the publication, appropriate use of local relevant information, and appropriate and attractive illustration. Based upon these impressions, the reviewer recommended that the California Department of Corrections allow internal distribution of the magazine.

15.    Throughout the publication and distribution of *Crime, Justice & America,* inmate recipients of the magazine have consistently praised the magazine and the utility of the information reported and provided. Crime, Justice & America, Inc. has received literally thousands of pieces of written correspondence from prisoners who comment that *Crime, Justice & America* was their sole access to material and pertinent information, even considering resources such as the jail's law library and their own attorneys.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 4

16. Consistently, Crime, Justice & America, Inc. is informed that the publication is extremely helpful and necessary in providing prisoners with access to information. Literally thousands of inmates have sent requests to Crime, Justice & America, Inc. to remain as a subscriber to *Crime, Justice & America.*

17. Some county jails deliver properly mailed copies of *Crime, Justice & America* to individually named prisoners. Other counties, deferring potential administrative costs of delivering direct mailings to prisoners, have opted for general distribution and accepted copies of the magazine in bulk, thereafter delivering the publication informally to prisoners throughout the jail system.

18. In counties that do not use the general distribution method of the magazine, the publisher obtains public information about individual prisoners and then mails the magazine directly to the prisoner. These counties provide individual booking information to Crime, Justice & America, Inc. on the weekly prisoner population via e-mail, their individual Internet Web site, or through proper response to a Public Information Act request.

19. In general distribution cases, the publisher provides a weekly shipment of magazines, commonly in boxes of 100 issues each, to facilities via ground delivery by the United States Postal Service, Federal Express, or other similar mail service. The jail facilities deliver the magazine in a ratio of one issue for every 10 prisoners, dependent upon the physical layout of each specific facility. Representative California counties engaged in such bulk distribution include Los Angeles, Orange, Riverside, San Bernardino, Alameda, and San Diego.

20. Plaintiffs earn money from the sales of the very limited advertisement space in the magazine, charging each advertiser a flat fee per quarter. If the magazine is denied distribution, the magazine cannot sell the limited advertisement space and loses such revenues each quarter.

21.     On August 5 and 6, 2004, Plaintiff Hrdlicka contacted Butte County Sheriff's Department, inquiring about the Sheriff's preference of distribution, direct mailings or general distribution.  On September 23, 2004, Butte County Counsel Brad Stephens indicated that the Sheriff's Department would not distribute the magazine in any manner, citing resources and advertising issues as the underlying reason.

22.     On September 28, 2004, Plaintiff Hrdlicka responded to Butte County Counsel Stephens by written correspondence indicating the Supreme Court cases, Appellate Court cases, and State Bar Associations regulations that allowed Crime, Justice & America to be distributed into the Butte County Jail.

23.     On September 29th, 2004, Butte County Sheriff Department, through County Counsel Stephens, denied the distribution of Crime, Justice & America into its facility, citing two Supreme Court cases.

24.     On February 17, 2005, Crime, Justice & America, Inc. again requested, via telephone, that Butte County Sheriff's Department allow distribution of Crime, Justice & America. On the same day, County Counsel Stephens responded in a letter that Butte County's position is firm, and no magazines would be delivered to the inmates.

25.     In early March 2007, Crime, Justice & America, Inc. renewed its request to distribute magazines into the Butte County Jail in a telephone conversation with County Counsel Stephens.  On March 22, 2007, Butte County again denied the distribution of Crime, Justice & America into the Butte County Jail.

26.     In denying the distribution of copies of *Crime, Justice & America* directly mailed to prisoners, Butte Sheriff's Department failed to cite any legitimate penological interests or issues as a basis or reason for the denial.

27. Butte County Sheriff Jerry Smith currently denies distribution of *Crime, Justice & America* whether directly mailed to inmates or dropped off for bulk distribution.

28. The administrators of the Butte County Jail have a contractual relationship for the display and maintenance of bulletin boards, "jail boards," placed in locations throughout the jail. The jail boards advertise bail bond companies, for those companies that can afford to pay for the advertising space. The contract between the Butte County Jail and the owners/operators of the jail boards is exclusive, prohibiting Butte County Jail from allowing any other forms of advertising in the facility.

## COUNT I
### (Violation of 42 U.S.C. § 1983)

29. Plaintiffs reallege and incorporate by this reference each and every allegation set forth in paragraphs 1 through 29 above.

30. Plaintiffs have a Right protected by the First Amendment of the United States Constitution to distribute *Crime, Justice & America* to prisoners.

31. Acting under the color of state law, Defendant has denied, and continues to deny, Plaintiffs' rights to deliver and distribute *Crime, Justice & America*.

32. Defendant is not protecting any legitimate correctional goals or institutional security in denying the distribution of *Crime, Justice & America.*

33. In denying Plaintiffs' the right to deliver and distribute the publication *Crime, Justice & America*, Defendant has denied Plaintiffs rights guaranteed by the United States Constitution and law of the United States.

34. In denying Plaintiffs' the right to deliver and distribute the publication *Crime, Justice & America,* Defendant has caused damage to Plaintiffs.

35. Unless restrained by this Court, Defendant will continue to block delivery of *Crime, Justice & America* to prisoners in Butte County jail and thereby suppress Plaintiffs' exercise of freedom of speech and the press. This activity is protected by the First Amendment to the United States Constitution. Such enforcement will be to the Plaintiffs' irreparable injury, for which there is not adequate remedy at law.

36. When a violation of a constitutionally protected right is shown, no further showing of irreparable injury is required. *Associated General Contractors of California v. Coalition for Economic Equity*, 950 F.2d 1401, 1410 (9th Cir. 1991).

**COUNT II**
**(For Violations of the Due Process Clause of the Fourteenth Amendment Under Color of State Law; 42 U.S.C. § 1983)**

37. Plaintiffs reallege and incorporate by this reference each and every allegation set forth in paragraphs 1 through 37 above.

38. By failing to give Plaintiffs sufficient notice of the censorship of their publication, and an opportunity to be heard with respect to that censorship, Defendant has deprived and continues to deprive Plaintiff of liberty and property without due process of law, in violation of the Fourteenth Amendment to the United States Constitution through 42 U.S.C. § 1983.

39. Plaintiffs seek declaratory and injunctive relief and nominal and compensatory damages against Defendant in his official capacity.

**COUNT III**
**(For Violations of the Equal Protection Clause of the Fourteenth Amendment Under Color of State Law; 42 U.S.C. § 1983)**

40. Plaintiffs reallege and incorporate by this reference each and every allegation set forth in paragraphs 1 through 40 above.

41. By prohibiting delivery of Plaintiffs' publication but allowing delivery of communications and materials written and sent by others who are similarly situated, Defendant has deprived and continues to deprive Plaintiffs of equal protection under the laws, in violation of the Fourteenth Amendment to the United States Constitution through 42 U.S.C. § 1983.

42. Plaintiffs seek declaratory and injunctive relief and nominal and compensatory damages against Defendant in his official capacity.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Crime, Justice & America, Inc., and Ray Hrdlicka respectfully request that the Court enter judgment against Defendant as follows:

1. Issue a Declaratory Judgment, declaring that:

   a) Plaintiffs' rights to deliver and distribute *Crime, Justice & America* in Butte County Jail are protected by the First and Fourteenth Amendments to the United States Constitution; and

   b) Defendant is required to deliver copies of each issue of the publication to prisoners to whom it is addressed;

2. Pending a hearing on Plaintiffs' prayer for permanent relief, issue a preliminary injunction restraining the Defendant, individually and as Sheriff of Butte County, and all persons acting in concert or cooperation with him or at his direction and under his control, from further attempts to prohibit distribution or delivery of *Crime, Justice & America*;

3. Permanently enjoin Defendant, individually and as Sheriff of Butte County, and all persons acting in concert or cooperation with him or at his direction and under his control, from further attempts to prohibit distribution or delivery of *Crime, Justice & America*;

4. Nominal damages for Defendant's violation against the Plaintiffs' rights.

5. Compensatory damages in an amount to be proven at trial.

6. Award Plaintiffs their reasonable costs and attorneys' fees for this action pursuant to the Civil Rights Attorneys' Fees Award Act of 1976 (42 U.S.C. § 1988); and

7. Grant Plaintiffs such other relief as is just and necessary.

DATED this 18th day of December, 2012.

FREEMAN LAW FIRM, INC.

By:_ __/s/ Spencer D. Freeman _____
     Spencer D. Freeman
     WSBA No. 25069
     FREEMAN LAW FIRM, INC.
     1107 ½ Tacoma Avenue South
     Tacoma, WA 98402
     Telephone: 253-383-4500
     Facsimile: 253-383-4501
     sfreeman@freemanlawfirm.org
     Attorney for Plaintiffs

# **CERTIFICATE OF SERVICE**

I, Spencer D. Freeman, do hereby certify that on the 18th day of December 2012, I caused true and correct copies of the following:

1. Plaintiffs' First Amended Complaint; and
2. this Certificate of Service

to be served on Defendant's counsel of record:

Brad J. Stephens bstephens@buttecounty.net,

John Robert Whitefleet jwhitefleet@porterscott.com,

Terence John Cassidy tcassidy@porterscott.com

by filing a copy of the same with the Clerk of the Court using the court's CM-ECF system. By the terms of their agreement and the rules of the court, they will be served with a copy of the same via the CM-ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Tacoma, Washington,

DATED this 18th day of December 2012.

**FREEMAN LAW FIRM, INC.**

By:_s/ Spencer D. Freeman_____
Spencer Freeman
WSBA No. 25069
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: 253-383-4500
Facsimile: 253-383-4501
sfreeman@freemanlawfirm.org
Attorney for Plaintiffs

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - 11