1   ANDREW DOSA (SBN 113106)
    Law Office of Andrew Dosa
2   1516 Oak Street, Suite 310
    Alameda, CA 94501
3   (510) 865-1600

4
    SPENCER D. FREEMAN (*pro hac vice*)
5   Freeman Law Firm, Inc.
    1107 ½ Tacoma Avenue South
6   Tacoma, WA 98402
    (253) 383-4500
7   Attorneys for Plaintiffs

8

9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10

11  CRIME, JUSTICE & AMERICA, INC., a      )   No. 2:08-cv-00343 TLN EFB
    California Corporation; and RAY        )
12  HRDLICKA, an individual                )
                                           )
13                                         )   **DECLARATION OF RICHARD LICHTEN**
                Plaintiffs,                )   **IN SUPPORT OF PLAINTIFFS' MOTION**
14       vs.                               )   **FOR PRELIMINARY INJUNCTION**
                                           )
15  JERRY W. SMITH, in his official capacity of )   Date: November 14, 2013
    Sheriff of the County of Butte, California, )   Time: 2:00 p.m.
16                                         )   Dept.: 2
                Defendant.                 )   Judge: Troy L. Nunley
17                                         )
                                           )
18                                         )   Complaint filed: February 13, 2008
                                           )   Trial Date: November 17, 2014
19  _____    )

20       COMES NOW Richard Lichten, upon his oath, and does hereby attest and declare as

21  follows:

22       1.      I am now and at all time herein mentioned a citizen of the United States and over

23  18 years of age.

24       2.      I have been retained as a qualified expert in the above mater.

25       3.      I am a thirty-year law enforcement veteran. Twenty of my thirty years were in

26  supervisor and management positions. I have 30 years of experience in patrol, detectives,

27  narcotics, and large jails (over 4,000 inmates). I have investigated countless crimes that occurred

28  in patrol and in the jails. In my career, I have amassed vast experience in analyzing use of force

              LICHTEN DECLARTION IN SUPPORT OF MOTION TO AMEND COMPLAINT - 1

by my subordinates in patrol and in the jails to determine if the force used was proper, reasonable, and within policy.  I have commanded scenes at officer involved shootings and have been involved in the shooting investigation process. I have lectured to the American Jail Association in other states about inmate riots, removal of hostile inmates from their cells, and less than lethal weapons.

4.     I have also lectured to the LASD Supervisor Jail Incident Command School on the handling of major inmate disturbances (riots) and other emergencies.  I have expertise in the manufacture, possession, and use of jail/prison-made weapons.  I am a requested lecturer to investigator and attorney groups in the area of police use of force in the field and in the jails.  I have been qualified to testify as an expert in United States District Court and in California and Nevada state courts in:

- Use of force (California Courts and in Federal District Court)
- Use of the TASER (California Courts)
- Police practices (California, Nevada, and in Federal Courts)
- Arrest Warrant Operations (Nevada Courts)
- Emergency Vehicle Operations (California Courts)
- Narcotics (numerous areas) (California and Nevada Courts)
- Sexual assault investigations (Federal Courts)
- Evidence collection in firearms cases (California Courts)
- Use of private security guards (California Courts)
- Prison inmate culture: (California and Federal Courts)
  -Jail-made weapons (carrying, using, manufacture)
  -gang vs. non-gang attacks on staff

5.     I have been accepted as a police practices expert by the Los Angeles County Superior Court Committee of Superior Court Judges who have been appointed to maintain a Panel of Expert Witnesses.  I am also a member of the Federal Court Defender's office police experts' database.

6.     My use of force and Taser use expert testimony was cited in the May 30, 2012, published opinion of the Court of Appeal of the State of California, Second Appellate District, Division Eight, Alma Mendoza v. City of West Covina, et al.,  B227812, (Los Angeles County, Superior Court. Number: BC387119).   In this opinion, the judgment was affirmed.

1      7.    Attached hereto as Exhibit A is a true and correct copy of my curriculum vitae.

2  Attached hereto as Exhibit B is a list of prior cases in which I testified as an expert in deposition

3  and/or at trial.

4      8.    On July 29, 2013, I was contacted by Mr. Ray Hrdlicka and asked to review the

5  current issue of the magazine, Crime–Justice & America and opine if I would consider the

6  magazine a security concern for a jail facility, jail staff, and for the inmates.

7      9.    In late September 2013, I provided Mr. Hrdlicka with my opinions. I based my

8  opinions of *Crime, Justice & America* on the magazine issues that was submitted to me, which

9  included Summer 2007, Fall 2012, and Volume 6 Issue 14. I also applied my training,

10 knowledge, and extensive maximum security jail experience concerning the magazine, Crime–

11 Justice & America.

12     10.    I have years of experience working in maximum security jails where the inmate

13 counts run from 1,200 inmates to 4,000 inmates. My last assignment was as a lieutenant watch

14 commander at the Los Angeles County Sheriff's Department North County Correctional Facility

15 in Castaic, California. I was assigned to NCCF from November 2001 through February 2008.

16     11.    It is my experience and opinion that reading materials allow prisoners to engage

17 themselves productively rather than sitting idle. This helps avoid conflicts and incidents of

18 violence in the jail.

19     12.    I remember observing inmates reading the magazine *Crime, Justice & America*

20 many times in my career. As part of my watch commander responsibilities I would review

21 reading material that inmates were to receive.

22     13.    On many occasions, in my job as lieutenant watch commander at the Los

23 Angeles County Sheriff's Department North County Correctional Facility, I reviewed this

24 magazine and at no time did I ever find anything in the magazine that could be considered a

25 security risk. The articles were educational and informative in nature.

26     14.    I was sent the current summer 2013 issue of the magazine and read it thoroughly.

27 Once again, I found nothing in the magazine that could be considered a security issue. The

28 content was educational and informative in nature.

1    15.    There are no staples in the magazine construction. The magazine is simply folded
2 together. There is no concern about inmates using staples for tattooing or other contraband.

3    16.    With regard to the use of magazine as contraband, it is possible for *Crime, Justice*
4 *& America* – just like any magazine – to be used to stuff up jail plumbing, hide contraband
5 within its pages, be used as kindling in fires, and other nefarious purposes. However, inmates
6 can used almost anything that they have access to do all of these same things.

7    17.    Inmates use newspapers, toilet paper, bibles and other books, jail forms, and/or
8 court documents to cause problems. It is up to the jail staff to conduct regular and irregular jail
9 searches to limit contraband.

10    18.    While *Crime, Justice & America* may be used for these nefarious purposes, the
11 existence and presence of the magazine will not, in my opinion, cause or be a catalyst to such
12 acts. These acts – such as hiding contraband, starting fires, clogging toilets, and covering
13 windows and/or lights – are going to occur regardless of whether the publication is present. Just
14 because an inmate were to use the publication in the act does *not* mean that without the
15 publication, the act would not have occurred. To the contrary, an inmate will decide to engage in
16 such activity regardless of the material around. As such, the presence of *Crime, Justice &*
17 *America* will not have any affect on the frequency of such acts or on jail security.

18    19.    The fact that *Crime, Justice & America* may not have been subscribed to or
19 requested by the inmate will have no effect on whether an inmate engages in wrongful conduct.

20    20.    It is my professional opinion that there is no need for concern over the distribution
21 of the magazine Crime, Justice & America.

22    I declare under penalty of perjury of the law of the United States of America that the
23 foregoing is true and correct to the best of my knowledge.

24    DATED this ___/⁰___ day of ___O c J v O c n___ 2013. Executed at ___V A L i n  c, A___
25 ___c A___ .

26

27

28
                                              Richard Lichten

LICHTEN DECLARTION IN SUPPORT OF MOTION TO AMEND COMPLAINT - 4

# EXHIBIT A

# POLICE AND JAIL PROCEDURES, INC.

### RICHARD LICHTEN, POLICE PRACTICES EXPERT

Curriculum Vitae
(Updated July 30, 2013)

With a lifetime of service in the public sector encompassing patrol, jail/custody, and investigatory procedures, Richard Lichten is now a police and jail procedures consultant for attorneys, public agencies, and the media.  He has been accepted as an expert to testify in United States District Courts and California and Nevada state courts in:

> - Use of force   (California and Federal District Court)
> - Use of the TASER   (California Courts)
> - Police practices   (California, Nevada, and in Federal Courts)
> - Arrest Warrant Operations   (Nevada Courts)
> - Emergency Vehicle Operations   (California Courts)
> - Narcotics   (California and Nevada Courts)
> - Sexual assault investigations   (Federal Courts)
> - Evidence collection in firearms cases   (California Courts)
> - Use of private security guards   (California Courts)
> - Prison inmate culture:   (California and Federal Courts)
>    - jail-made weapons  (carrying, using, and manufacture)
>    - gang vs. non-gang attacks on staff

and has authored numerous Rule 26 reports for cases in federal court.  Mr. Lichten has been accepted as a police practices expert by the Los Angeles County Superior Court Committee of Superior Court Judges who have been appointed to maintain a Panel of Expert Witnesses.
Mr. Lichten is also a member of the Federal Court Defender's Office police experts' database.

He served as a Lieutenant for various Los Angeles County Sheriff's Department stations as well as correctional facilities throughout Los Angeles County, and commanded many large-scale operations during major natural disasters such as wildfires and earthquakes. Other duties included Sergeant (supervising 20 - 200+ deputies per shift), Narcotics Investigator (co-sworn as a federal agent with federal powers of arrest), Detective, Patrol Deputy, and Training Officer.  He was consistently commended for his professionalism, his outstanding performance, and his dedicated service to the community.

He has provided training in the proper handling of various public interactions such as high-risk incidents, tactical command skill in tense situations, use of force, proper patrol procedures, emergency skills preparedness and training, officer safety, incident report writing, California penal codes, police ethics, and supervision and leadership skills for newly promoted sergeants and lieutenants.

In his thirty-year career, Mr. Lichten has extensive experience in analyzing use of force, including the use of the Taser, by his subordinates to determine if the force used was proper, reasonable, and within policy.  He has performed numerous full "force reviews" of deputy personnel who have used force a disproportionate number of times per year.  Mr. Lichten has investigated numerous complaints from private citizens and inmates concerning allegations of deputy misconduct.

26489 GOLDEN VALLEY ROAD, BOX #110, SANTA CLARITA, CA 91350
CELL 661-406-7258  FAX 661-296-6171
Rick@policeandjailprocedures.com  www.policeandjailprocedures.com

Mr. Lichten commanded and investigated numerous high speed pursuits.  Mr. Lichten was a participating member of the Los Angeles County Sheriff's Department Pursuit Evaluation Committee.

As a patrol watch commander, Mr. Lichten commanded numerous high-risk barricaded suspect operations as well as deploying K9s after dangerous suspects.

As a watch commander in various divisions of the Los Angeles County Sheriff's Department, Mr. Lichten ensured that all staff followed proper protocol and procedures concerning high-risk incidents, barricaded suspects, officer involved shootings, vehicle pursuits, etc.  In a custody environment, Mr. Lichten commanded responses to over 100 major inmate disturbances/riots within large correctional facilities (up to 4,000 inmates), dealing with barricaded inmates, forced cell removals, hostage situations, medical emergencies, fires, evacuations, earthquakes, jail suicide prevention, and ensuring that proper inmate discipline hearings were carried out by sergeant personnel.  While assigned to the Lancaster Sheriff's Station, Mr. Lichten was the jail manager and responsible for the station jail that received over 14,000 bookings a year. As a lieutenant he lectured at the Sheriff's academy on the POST certified topic of Crimes Against Persons, and at the Jail Incident Command School on the topics of jail disturbances/riots, cell extractions, and jail-made weapons.  As a sergeant he attended the POST Career Integrity and Police Ethics facilitator trainer course on police ethics, and held over twenty ethics workshops for deputy personnel.  As a narcotics investigator, Mr. Lichten testified over 100 times as a narcotics expert in over a dozen courts throughout Los Angeles County and Ventura County.

Mr. Lichten frequently provides media entities with information and perspective concerning law enforcement policies and procedures.  He has also assisted public agencies with opinion, recommendations, and assistance in regard to training manuals, and has written numerous emergency procedures, evacuation plans, response plans, and operations plans.  In the private sector he has planned and managed security at various large-scale events, and has provided close-in protection for numerous individuals.  He conducts assessments to gauge effectiveness of security measures and recommends adjustments to reduce or eliminate security breaches.

Mr. Lichten feels it is very important to continue with his training.  He has received considerable on-going, verifiable, continuing education/training since starting his consulting business.  The continuing education/training consists in part of use of force, Taser, firearms, less-than-lethal weapons, excited delirium, and deliberate indifference topics, etc., to name a few.

**Appellate Court Published Opinion**

Mr. Lichten's use of force expert testimony, which included the use of the TASER, was cited in the May 30, 2012, published opinion of the Court of Appeal of the State of California, Second Appellate District, Division Eight, Alma Mendoza v. City of West Covina, et al., B227812, (Los Angeles County, Superior Court. Number: BC387119).   In this opinion, the judgment was affirmed.

**Lecturer / Public Speaker**

In April 2013, Mr. Lichten addressed the California Association of Licensed Investigators (CALI) on police use of force issues and jail issues.

In July 2012, Mr. Lichten met with the Legal Director of the American Civil Liberties Union of Southern California to give explanation of the importance of evaluating "fight dynamics" in police use of force cases.

In May 2012, a team of attorneys from Gibson, Dunn & Cruther, on behalf of the Los Angeles County Citizen's Commission on Jail Violence, requested that Mr. Lichten give his recommendations to reduce allegations of improper use of force in Los Angles County Jails.

In March 2012, Mr. Lichten addressed the Introduction to Corrections class at Kaplan College, Palm Springs, CA about jail issues, including quelling riots and forced cell removals.

In September 2011, Mr. Lichten addressed the Los Angeles County Public Defender's Office, Deputy Public Defenders about jail issues.

In July 2011, Mr. Lichten addressed the Los Angeles County Public Defender's Office, Deputy Public Defenders about use of force issues.

In June 2010, Mr. Lichten addressed the National Association of Legal Investigators on police use of force issues during the group's annual meeting in Las Vegas, Nevada.

In March 2010, Mr. Lichten addressed the Riverside, California, Public Defender's Office, Deputy Public Defenders about use of force issues.

In October 2009, Mr. Lichten addressed the Riverside, California, Public Defender's Office Investigator's Training meeting and the Defense Investigator's Association in San Diego, California, on use of force issues.

In 2007, Mr. Lichten lectured to the American Jail Association's annual meeting in Tennessee about the proper handling of jail riots and less than lethal weapons.

In 2006, Mr. Lichten lectured to the American Jail Association's annual meeting in Utah about the proper handling of jail riots and less than lethal weapons.

**Novel / Technical Advisor**

In June 2012, Mr. Lichten provided technical advice for novel author Matthew Quirk during manuscript development for a novel involving prisons.

**Motion Picture / Technical Advisor**

In November 2011, Mr. Lichten provided technical advice during the script development for the movie, The Assassination of a Citizen by Moritz Rechenberg, Reflektiv Film Company, Los Angeles, CA.

**Television appearances other than news broadcasts**

In August 2010, Mr. Lichten appeared on Tru-TV's World's Worst Prisons.

In July 2010, Mr. Lichten appeared on several episodes of the television show, 1000 Ways to Die. He discussed various laws and illegal narcotics.

In January 2011, Mr. Lichten appeared on the new TV show, "Car Science" for the Speed channel.  Mr. Lichten explained about vehicle stops, vehicle accidents, and other highway safety issues.

3

In May 2009, Dr. Prison's staff (www.drprison.org ) consulted with Mr. Lichten for the pilot television show. The subject of the show, produced by a non-profit organization, is to teach people how to survive in jail and in prison.

**Author**

*Excessive force – A working definition.*
Article explaining unnecessary force and excessive force.
http://www.policeandjailprocedures.com

*Prison Overcrowding – Danger to Officers*
Article about the dangers of prison overcrowding published at http://www.tasanet.com.

*Jail and Prison Riots - Causes*
Article about the causal factors of jail and prison riots, published at http://www.HGExperts.com.

*10 – 33 Steroids*
Article detailed the illicit use and distribution of steroids among police officers.
Article was featured in the California Narcotics Officer Association's publication and picked up nationwide in other narcotics association newsletters.

*Jail Suicides, Attempted and Completed: Avoiding Allegations of Deliberate Indifference*
Article geared towards jail managers and medical managers about avoiding litigation in jail suicides.

**Media Interviews**

In June 2013, Mr. Lichten was interviewed by the Charlotte Observer newspaper in South Carolina about an undercover police operation involving a police shooting.

In June 2013, Mr. Lichten was interviewed by NBC – Bay Area News, about procedures following officer involved shootings.

In May 2013, Mr. Lichten was interviewed by KTLA news about the police shooting of a man with a sword.

In May 2013, Mr. Lichten was interviewed by the Press Democrat newspaper in Sonoma County re: police exigent circumstances entry and the use of the Taser.

In April 2013, Mr. Lichten was interviewed by the Palm Beach Post newspaper in Florida re: the use of the Taser.

In March 2013, Mr. Lichten was interviewed by radio station IQ106.p in Philadelphia about a female who stole two police cars during two traffic stops.

In February 2013, Mr. Lichten was interviewed by the Associated Press (AP) about the manhunt for ex-LAPD Officer Christopher Dorner.

In November 2012, Mr. Lichten was interviewed by the Belville News Democrat newspaper in St. Louis Missouri about prison/guard ratios.

In November 2012, Mr. Lichten was interviewed by CNN about police tactics and the use of the Taser.

In September 2012, Mr. Lichten was interviewed by the Ocala Star Banner newspaper in Florida about the police use of the Taser.

In September 2012, Mr. Lichten was interviewed by The Press Democrat in Santa Rosa, CA., about proper procedure during a police prostitution sting.

In September 2012, Mr. Lichten was interviewed by the San Diego Union Tribune (UTsandiego.com) abut the process of issuing and circumventing the processing of traffic citations.

In August 2012, Mr. Lichten was interviewed by The Hamilton Spectator newspaper in Hamilton, Canada about a jail safety issue dealing with guards wearing stab vests.

In July 2012, Mr. Lichten appeared on Fox11 News, Special Edition, to discuss the issues of sworn police officers working as off duty security guards.

In June 2012, Mr. Lichten was interviewed by the Harold Tribune newspaper in Sarasota, FL, about an officer who shot into a moving vehicle.

In March 2012, Mr. Lichten was interviewed by the Times Standard newspaper in Eureka, CA, about the use of baton and the use of the Taser.

In March 2012, Mr. Lichten was interviewed by the Redding, CA, Record Searchlight newspaper about how police agencies investigate one of their own in criminal investigations.

In February 2012, Mr. Lichten was interviewed by Patch.com news sites about the use of road blocks.

In February 2012, Mr. Lichten was interviewed by the Chicago Tribune newspaper about proper intake searching procedures in jails.

In February 2012, Mr. Lichten was interviewed by the Arizona Republic Newspaper about the shooting of a dog by a police officer.

In January 2012, Mr. Lichten was interviewed by the Chicago Tribune newspaper about use of force cases.

In January 2012, Mr. Lichten was interviewed by Dayna Blazey of the Travis County District Attorney's Office in Austin, Texas about use of force issues concerting shooting at a fleeing vehicle.

In January 2012, Mr. Lichten was interviewed by the magazine, National Guard Today, about the use of the Guard taking over the Wisconsin State Prisons should the prison guards go on strike.

In December 2011, Mr. Lichten was interviewed by "OK" magazine about what prison life may be like for a high profile person going to prison for the first time.

In December 2011, Mr. Lichten was interviewed by the Austin American Statesman newspaper about the use of deadly force.

In December 2011, Mr. Lichten was interviewed by the Santa Barbara Independent newspaper about an excessive use of force case during a traffic stop.

In November 2011, Mr. Lichten was interviewed by the Palm Beach Post about an excessive use of force case during a traffic stop.

In November 2011, Mr. Lichten was interviewed on CBS Evening News about the force used at U.C. Davis by officers during a protest.

In November 2011, Mr. Lichten was interviewed by the Saint Louis Post Dispatch newspaper about jail over crowding.

In September 2011, Mr. Lichten was interviewed by National Public Radio, KPCC, about officer involved shootings.

In August 2011, Mr. Lichten was interviewed by the New York newspaper, Metro News, about a former New York policeman being send to jail for misconduct.

In August 2011, Mr. Lichten appeared on Fox11 News, Special Edition, to discuss police use of force.

In July, 2011, Mr. Lichten was interviewed by the Las Vegas Review-Journal about the proper classification of child pornographers inmates in jail.

In June, 2011, Mr. Lichten was interviewed by the Pittsburgh City Paper about disciplinary issues concerning staff members abusing inmates.

In June 2011, Mr. Lichten was interviewed by the Modesto Bee newspaper about the use of attorney auditors auditing police departments' use of force complaints.

In May 2011, Mr. Lichten was interviewed by the Arizona Republic newspaper about home detention of low grade offenders.

In May 2011, Mr. Lichten appeared on the Today Show (NBC) to discuss a use of force incident that occurred in Phoenix, Arizona.  Mr. Lichten discussed that case as well as other use of force issues.

In April 2011, Mr. Lichten was interviewed by the L.A. Weekly about use of force in jails and the culture of peace officers who work in the jails.

In March 2011, Mr. Lichten was interviewed by the San Gabriel Valley Tribune newspaper about a recent officer involved shooting in Montebello, CA.

In February 2011, Mr. Lichten was interviewed by OK Magazine (British publication) about grand theft law in relation to the Lindsey Lohan theft of jewelry allegation.

In January 2011, Mr. Lichten was interviewed by KFI radio about a recent school officer involved shooting and the importance of wearing bulletproof vests.

In November 2010, Mr. Lichten was interviewed by the Modesto Bee newspaper about recent allegations of police brutality.

In October 2010, Mr. Lichten was interviewed by the Modesto Bee newspaper about a recent shooting by an off-duty police officer.

In September 2010, Mr. Lichten was interviewed by the Modesto Bee newspaper about a recent officer involved shooting in Modesto, California.

In August 2010, Mr. Lichten was interviewed by the Tennessee Clarion Ledger newspaper about the dangers of one-man police chases.

In July 2010, Mr. Lichten appeared on a Canadian news television show to discuss a recent jail riot in Canada.

In June 2010, Mr. Lichten was interviewed by CBS Channel 2 about a recent LAPD standoff with a murder suspect who jumped off a cliff.

In June 2010, Mr. Lichten was interviewed by KFI radio about a recent confrontation between the LAPD and a photographer.

In April 2010, Mr. Lichten was interviewed by KFI radio about a recent jail escape.

In April 2010, Mr. Lichten was interviewed by KFI radio about the causal factors of prison/jail riots.

In April 2010, the Sacramento Bee newspaper interviewed Mr. Lichten about a police shooting of a mentally ill woman who stole an ambulance.

In March 2010, CBS/KCAL news interviewed Mr. Lichten about a recent LAPD officer involved shooting and about police use of deadly force in general.

In January 2010, the San Diego Business Journal consulted with Mr. Lichten about the use of the new Long Range Acoustic Device, "LRAD," (powerful speakers) in law enforcement.

Listed with CNN as an expert in jail riots and other prison issues. In December 2009, CNN-HLN (CNN Headline News) interviewed Mr. Lichten about a prison escape in Texas.

In April 2009, the Washington Post consulted with Mr. Lichten in an effort to conduct their investigative report with regard to security concerns at the Prince George's County Correctional Center.

In November 2008, KTLA Channel 5 interviewed Mr. Lichten regarding his expertise in narcotics sting operations.

In September 2009, Mr. Lichten was interviewed about jail and prison issues by a New Zealand radio station and by KTRS radio in the Midwest.

**Professional Work Experience**

*Consultant*

Police & Jail Procedures, consultation services to law firms, public agencies and media
Santa Clarita, California – May 2008 to present

*Lieutenant*

7

Los Angeles County Sheriff, North County Correctional Facility (Watch Commander)
Castaic, California – November 2001 to February 2008

Los Angeles County Sheriff, Lancaster Station (Watch Commander)
Lancaster, California – August 1997 to November 2001

Los Angeles County Sheriff, North Facility (Watch Commander)
Castaic, California – March 1996 to July 1997

*Sergeant*

Santa Clarita Valley Sheriff Station
Santa Clarita, California – March 1992 to March 1996

North County Correctional Facility
Santa Clarita, California – July 1989 to March 1992

*Narcotics Investigator*

Los Angeles County Sheriff Detective Division
Los Angeles, California – November 1986 to June 1989

*Detective*

Santa Clarita Valley Sheriff Station
Santa Clarita, California – January 1986 to November 1986

*Patrol Deputy*
*Training Officer*

- Los Angeles County Sheriff Academy
- Los Angeles Men's Central Jail
- Carson Sheriff Station
- West Hollywood Station
- Santa Clarita Valley Sheriff Station

Los Angeles County, California – February 1978 to December 1985

**California Post-Commission Certificates**

Peace Officer
- Basic Certificate
- Basic – Specialized Certificate
- Intermediate and Advanced Certificates
- Specialized Training Certificates

Sergeant
- Supervisory Peace Officer Certificate

Lieutenant
- Middle Management Certificate

**Selected Awards / Certificates of Appreciation**

*Outstanding Service to the Community, 1993 and 1994*
The City of Santa Clarita recognized Mr. Lichten for his courageous and outstanding performance during a shootout with a sniper in a residential area (1993) and for his overall response and service to various emergencies throughout Santa Clarita during the 1994 Northridge earthquake.

*Meritorious Service Award, 1994*
Sheriff Sherman Block recognized Mr. Lichten for his dedicated service in teaching emergency preparedness procedures and protocol.

*Sheriff's Commendation*
Mr. Lichten was recognized for his actions and efforts, which helped to quell a massive inmate riot involving 2,000+ inmates at the North County Correctional Facility in Castaic, California.

*Sheriff's and Fire Department Commendation*
Both departments recognized Mr. Lichten for his overall service as head of command post operations during the massive 2007 Los Angeles wildfires.

*Riverside County Office of the Public Defender*
Mr. Lichten received a certificate of appreciation for his lecture on police use of force cases given to their members at their quarterly training meeting in October 2009.

*California Association of Defense Investigators*
Mr. Lichten received a certificate of appreciation for his lecture on police use of force cases given to their members at their annual training meeting in November 2009.

*National Association of Legal Investigators*
Mr. Lichten received a certificate of appreciation for his lecture on use of force given during the group's annual meeting in Las Vegas.

*California Association of Licensed Investigators*
Mr. Lichten received a certificate of appreciation his lecture on use of force given during the groups monthly meeting.

Note: He has received more than 100 additional formal and/or written commendations in recognition of his law enforcement and emergency/rescue service to the community.


**Law Enforcement Professional Affiliations**

Professional Peace Officer's Association (PPOA)
Association of Los Angeles County Deputy Sheriff's (ALADS)
International Police Association (IPA)
Peace Officers Research Association
Americans for Effective Law Enforcement (AELE)
Institute for the Prevention of In Custody Deaths (IPICD)

**Education**

Associates in Administration of Justice
College of the Canyons, Santa Clarita, California – 2004

9

Los Angeles County Paramedic
Los Angeles County, California – 1978

**Training received while on the sheriff's department**

| (Some training, such as various firearms training, was assigned many times over 30 years. This list is in no particular order.  A complete list is available upon request.  Other training such as cultural sensitivity, CPR, and administrative topics, etc., is not listed here. ) | | |
|---|---|---|
| academy – basic | earthquake preparedness | clandestine labs |
| combat firearms – taken many times over 30 years. | American Jail conference - lecture on jail riots (Utah) | American Jail conference - lecture on jail riots (Tennessee) |
| handgun assault | firearms, advanced combat | target ID – shoot/don't shoot |
| sergeant supervisor school | career integrity workshop | sergeant field training |
| missing persons | laser firearms | middle management school |
| field operations - sergeant | arwen training – less than lethal | MDT field operations |
| command school | AR-15 rifle | sudden infant death syndrome |
| disabled/mentally ill | haz-mat scene management | legal update |
| emergency operations center | emergency resources | handgun fundamentals |
| baton | earthquake CSTI | Benneli shotgun |
| emergency preparedness | fraud cell phone | use of force |
| crisis negotiation | sex harassment | emergency procedures |
| how to debrief | ethics | Tactics - field |
| cultural awareness | jail security | special weapons/tactics/Taser |
| holster transition 2 | cultural diversity | jail management |
| COPS supervisor 1 | COPS supervisor 2 | platoon commander |
| officer update | off duty firearms 1 | off duty firearms 2 |
| terrorism CSTI | field operations - lieutenant | WMD operations |
| deputy leadership class | respect based leadership | area command team 1 |
| incident command system | personnel performance index | sex harassment for supervisors |
| off duty issues | deputy leadership class | gang overview |
| NIMS emergency training | pursuit policy | firearms issues |
| hostage issues | risk management issues | firearms continuing education |

| | | |
|---|---|---|
| Jail intelligence | special weapons #1 -less than lethal | Beretta training – taken many times over 30 years. |
| command workshop | combat trap | suicide intervention |
| escape review | fire life safety | hostage issues |
| special weapons #2 -less than lethal | handgun/shotgun assault – taken many times over 30 years. | POST time management trainer class |
| escape review - continued | pepper spray | sting ball-less than lethal |
| stinger 12-less than lethal | combat trap | handgun/shotgun assault |
| modified PPC | firearms special shoot | AR-15 additional training |
| respect based leadership/Lt. | Tactical Science Course | handgun/shotgun assault |
| executive protection basics | firearms | threat assessment - night |
| combat shotgun | firearms shoot | transitional command |
| night shoot | critical incident command | use of force issues - continued |
| incident prevention | flashlight techniques | SWAT issues |
| off duty weapons | laser sighting | Sexual Assault Inv. school |
| 40 hour jail operations | jail fire safety | fire/smoke situations |
| POST sergeants supervisory | racial profiling | risk assessment |
| case analysis #1 & #2 | **Taser** cert for Sgt & Lt | emergency mobilization |
| emergency operations center | command school 2nd week | command post operations |
| national incident command #100 | national incident command #200 | national incident command #300 |
| national incident command #400 | national incident command #700 | national incident command #800 |
| POST middle management | POST jail manager 40 hr course | command issues |
| executive command school #1 | executive command school #2 | respiratory protection |
| incident management system | POST ethics trainer class | hostage takeover |
| squad tactics | deputy leadership school | Use of force police - continued |
| disaster preparedness | emergency operations center | Advanced firearms for detectives by LAPD John Pride |

**Other Specialty Officer Safety Training** (1979 and 1981)
Mr. Lichten twice attended the week-long Specialized Officer Safety Training Program at the California Specialized Training Institute at San Luis Obispo, California, in officer safety tactics.  40 hours.  Courses included:

| | |
|---|---|
| Patrol tactics and officer responses | Officer safety: mindset and fitness |
| Arrest and control skills | Building entry and search tactics |
| Weapon retention | Tactical response scenarios |

| Marking cartridge scenarios | Legal issues about use of force |
|---|---|
| Tactical/combat shooting | Ethical conduct when using force |
| Explosives awareness | Ambush awareness |

**Continuing Education since starting Police and Jail Procedures, Inc.**

In 2011, Mr. Lichten attended the LAPD seminar for security professionals on suicide bomber prevention.  5-hours.

In 2011, Mr. Lichten participated in TASA's webinar on Civil Procedures.  1.0 hour

In 2010, Mr. Lichten participated in TASA's webinar on the importance of understanding the Daubert decision.  1.0 hour

In 2010, Mr. Lichten participated in TASA's webinar on Rule 26 Report Writing. 1.0 hour

In 2010, Mr. Lichten participated in TASA's webinar on Tips for Your Deposition. 1.0 hour

In 2009, Mr. Lichten participated in TASA's webinar on The Ten Mistakes Expert Witnesses Often Make. 1.0 hour

| AELE (Americans for Effective Law Enforcement) Management, Oversight, and Monitoring of Use of Force, including ECW (TASER) Operations and Post-Incident Forensics in Las Vegas, April 2 - 4, 2013 | |
|---|---|
| Force Policy Liability | What is policy liability? |
| Federal constitutional standards | Unwritten procedures and customs |
| Official capacity claims | Governmental claims |
| Individual claims | Role of prior incidents |
| Discovery issues | State court liability standards |
| Policies as a measure of liability | deliberate indifference standard |
| Prior knowledge | Monitoring and Revising Use of Force Polices |
| The good faith defense | Importance of periodic review |
| In-service and roll call training | Weapon qualification |
| State POST standards | National standards and recommendations |
| Legal review and approval | Web-based research and information |
| Constitutional-Based Use of force Training | Use of force training methodologies |
| Transitioning to amendment based training | Use of force expert witnesses |
| Role of experts in use of force cases | Qualifications and exclusions |
| Admissibility of expert opinions | Expert exception to the hearsay rule |
| Expert reports | Expert use of standards |
| The re-enactment controversy | Force review boards |
| Federal pattern and practice litigation | Authority of DOJ |
| DOJ investigation process | Consent decrees and agreements |
| Use of consultants | Compliance procedures |
| Auditing | Negotiation process |
| **TASER** and/or ECW topics (see below) | **TASER** and/or ECW topics (see below) |
| -Consent decree requirements | -Darts – advantages and disadvantages |
| -Drive stun - advantages and disadvantages | -Manufacture warnings and recommendations |
| -Vulnerable populations | -Multiple applications; location issues |
| -Weapon confusion | -Intermediate use of force classifications |
| -Use on persons in custody use polices and | -Use on controlled persons polices and |

| directives | directives |
|---|---|
| -Post-incident **TASER** and/or ECW Forensic Analysis (see below) | -Post-incident **TASER** and/or ECW -Forensic Analysis (see below) |
| -Need of all available reports | -Exchange of devices |
| -Chain of custody and documentation | -Downloads, analysis, and testing |
| -Verifying accuracy of data | -Discharge history of device |
| -Device specifications and verification | -Other – medical, information, etc. |
| **-TASER** Repair, maintenance, or recertification history | **-TASER** Evidence collection, analysis, and storage |
| **-TASER** Scene analysis and measurements | -Importance of the ECW (**TASER**) report |
| **-TASER** Training records and manufacture warnings | Current Issues and New Developments |
| The continuum controversy | Duty to intervene |
| Threat assessment as a factor in use of force | Duty to retreat |
| Chemical agents | Physical restraints and techniques |
| Bean bag rounds, batons, and other devices | Pointing weapons |
| Crowd control and hostages | Contain vs. Confront |
| Officer-created use of force | |

Supplemental **Taser** training April 3, 2013, on the X26 trigger pull times analysis by Rick Guilbault, VP of training at Taser International and by Jerry Staton, Senior Master Taser Instructor.  1.0 hour

| Institute for the Prevention of In-Custody Deaths, Inc. (IPICD), Arrest-Related, Excited Delirium, Sudden In-Custody Death, Jail Suicide  Conference held in Las Vegas, November 14, 2011, through November 16, 2011.   Training required for Certified Litigation Specialist (CLS) | |
|---|---|
| **TASER** - ECD and other minimal force options; medical perspective and update. | Law enforcement and EMS: field management of excited delirium patients using ketamine. |
| **TASER** -Electronic Control Devices: Operational Management and Policy Development. | Arrest Physiology & Arrest-Related Death. |
| Excited Delirium Syndrome:  History, Etiology, Mechanism of Death and Prevention. | Defending Against Agitated Chaotic Events[TM] in Your Jails:  It isn't just a Street Phenomena. |
| Use-of-Force Policies & Reporting:  Decreasing In-Custody Deaths. | Custodial Suicide Prevention; Preventing Suicide by Cop |
| Cocaine, Excited Delirium & **TASER**[®] (Brain & Myocardial Remodeling) | Brain Behavior and Excited Delirium: Considerations for Risk Management |
| **TASER**/Excited Delirium Deaths | Restraint Asphyxia:  How Much Science?  How much Non-sense? |
| The WRAP Restraint:  A Retrospective Study | Investigating In-Custody Deaths |
| Forensic Evidence:  The Changing Role of the Courts | Critical Incident Review Team:  OD + CIRT + QA + Training + RM = Event Analysis |
| Do (**TASER**) Electronic Control Devices Kill Humans?  Review of the Data | The Resurgence of the Carotid Control: Managing the Risks and Getting it Right |
| Selected Results of the 2008 IPICD Conference In-Custody Death-Issues Survey | Ask the experts/open discussion |

13

| AELE (Americans for Effective Law Enforcement) Lethal and Less Lethal Use of Force Conference held in Las Vegas, October 11, 2010, through October 13, 2010. Training required for Certified Litigation Specialist (CLS) ||
|---|---|
| Federal use of force standards | Foreseeable consequences of excessive force |
| Legal aspects of medical care | Liability: Physical, electronic, restraint, and chemical applications |
| Case law analysis: Reasonable officer vs. Reasonable man and deliberate indifference and deadly force decisions | Psychology aspects of use of force. Psychology of combat and the dynamics of violent encounters & liability issues |
| Research from hundreds of officer involved shootings | Critical thinking and memory distortions |
| Conducting investigations after lethal encounters | Resolving contradictions in officer and witness statements |
| FBI wound ballistic studies | Psychology of fear on deadly force decisions |
| Biomechanical explanations: Dynamics of body movement, perception and vehicle movement changing shot placement during deadly vehicle encounters | Research explaining shots in the back during critical incident confrontations |
| **TASER** policy recommendations | **TASER** deployments |
| **TASER** in the force continuum | **TASER** carry, drawing, and warnings |
| **TASER** youthful confrontations | **TASER** medical issues |
| **TASER** and media exposure | **TASER** realistic alternatives |
| **TASER** training requirements and needs | **TASER** independent review |
| Sudden and in-custody deaths | At-risk behaviors |
| Individual behaviors vs. officer intervention tactics | Revelations of medical research |
| Defenses to the legal onslaught re in-custody deaths | Media concerns re: in-custody deaths |
| Retooling policy and training re in-custody deaths | Civil complaints re: in-custody deaths |
| Behaviors & less lethal force options: Mentally ill persons | Suicidal persons "Suicide by cop" |
| Behaviors & less lethal force options: Alcohol and drug influenced persons | Case studies |
| Use of force continuum: Emerging models | Training vs. policy initiative |
| Use and conflicts during courtroom testimony | Device, tool, tactics, and recommendations for placement on the continuum |
| Deadly and less lethal devices: Neck restraints | Nets, electronic restrains |
| Delivery systems for lethal, less lethal and non-lethal | Chemical restraints |
| Lawsuit avoidance of law suit generator | Technology, training, and field effectiveness |
| Use of force investigations: The review process & types of investigations | Psychological factors in use of force cases |
| Investigative strategies | Investigative procedures & officers' rights |

**Executive Protection Training Seminar** 10 hours (2009)

| | |
|---|---|
| Threat analysis | Surveillance detection |
| Counter surveillance detection | Security advances |
| Protective detail operations | Etiquette and protocol |
| Protective formations | Deadly force / legal issues |

**Close Quarters Pistol Class at Gunsite Academy, Arizona** 40 hours (October 2012)

| | |
|---|---|
| Gun carry positions | Malfunctions |
| Speed loads | Use of cover |
| Physical contact drills | Red gun |
| Body mechanics | Fighting stance (recognizing threats) |
| Speed shield | Cold head shots |
| Force delivery concepts | Weapon retention techniques |
| Shooting from retention | Weapon take away techniques |
| Accessing/drawing weapon concepts | Hand to hand combat |
| Force on force  (civilian v. civilian) | Shooting drills with movement |
| Reaction time (.75sec + .75 sec.) | Close up shooting |
| Indoor simulator | Shoot house with close targets |
| Ability, Opportunity, and Jeopardy. | |

**Expert Witness training by the Association of Court Appointed Investigators,** 2.0 hours (November 2012)

| | |
|---|---|
| What is an expert witness? | "Teacher" issues |
| Analyze all discovery | Research issues |
| Report writing for Rule 26 reports | Testimony |
| Need for continuing education | Case biopsy |
| Corroborating statements and evidence | Criminal law topics and Miranda |
| Stipulating issues | Specialized experts such as DNA, etc. |
| Biomechanics experts | Physics experts |
| Asking for discovery | Wrongful convictions |
| Use of force | Enhancing video |

# **<u>EXHIBIT B</u>**

**7/2013 (Defense – Criminal)** State of Nevada v. Villagrana.  Case number CR11-1718.  Civilian on Civilian.  **Evidence hearing**.    **UOF**

**5/2012  (Plaintiff)** Stewart v. County of Del Norte.  Case number CVUJ-10-1258.  **Deposition testimony.     UOF**

**4/2012 (Defense - Civil)** Colarossi v. Caltrans, et al.  Case number SC109408. **Deposition testimony.**

**2012 (Plaintiff)**  Ruth Hall v. Imperial County.  Case number 12CV0432 DMS RBB. **Federal Case**.  **Deposition testimony.**

**2012 (Plaintiff)** Tapia v. Skarupinski (City of Chicago) et al.  Case number 11C7997.   **Federal Case**.  **Deposition testimony.     UOF**

**2012 (Plaintiff)** Leocadio Figueroa v. Los Angeles County.  Case number CV-11-06228 DMG (FFMx).  (LASD)  **Federal Case**.  **Deposition and trial testimony (5-30-13).   UOF**

**2012 (Defense - Civil)** Harb v. City of Bakersfield and Hall Ambulance. Case number: KCSC, S-1500-CV-265887-SPC.  **Deposition testimony.**

**2012 (Defense – Criminal)** People v. Morales.  Case number: BA388483. **Trial testimony.**

**2012 (Defense – Criminal)**  Nevada v. Pringle.  Case number: CR6487A. **Trial testimony.**

**2012 (Plaintiff)** Mares v. Los Angeles County.  Case number: CV10-10077-RSWL-(FFMx). (LASD) **Federal Case**.  **Deposition testimony.     UOF**

**2012 (Plaintiff)** Lewis v. Tazewell County.  Case number: 1:10-cv-01268-MMM-BGC #1. **Federal Case**.  **Deposition testimony.        UOF**

**2012 (Plaintiff)** Payne v. City of Chicago.  Case number: 10L7442. **Deposition testimony.                                        UOF**

**2011 (Defense - criminal)** People v. Tillman.  Case number: BA379936. **Trial testimony**. (LASD)

**2011 (Plaintiff)** Oriyomi v. Los Angeles County.  Case number: BC441588. **Trial testimony.**   (LASD)         **UOF**

**2011 (Plaintiff)** Elliott v. Cruz. **Deposition testimony.**  Case number: 09CECG02976.  **UOF**

**2011 (Defense - criminal)** People v. Jermaine Johnson.  **Trial testimony**. Case number: BA379965.  (LASD)

**2011 (Plaintiff)** Casillas v. City of El Paso, Texas.  **Deposition testimony**. Case number: EP-10CV-0415 FM, United States District Court, Western District of Texas, El Paso Division. **(Federal case)   UOF**

**2011 (Plaintiff)**  Hernandez v. City of West Covina.  **Deposition testimony.** Case number: 2:10-CV-03703-GHK-FFM, United States District Court, Central District of California.  **(Federal case)**

**2011 (Plaintiff)** Dill v. City of Los Angeles.  **Deposition and trial testimony.** Case number: BC432645.

**2010 (Plaintiff)**  Atkinson v. Tulare County. **Deposition testimony.**  Case number 1:09-CV-00789-OWW-DLB, United States District Court, Eastern District of California, Fresno Division.  **(Federal case)      UOF**

**2010 (Plaintiff)**  George Sellas v. Pan-Macedian, et, al.  Case number: 26-48817. **Deposition and trial testimony.**

**2010 (Defense - criminal)**  USA v. De La Torre et al. **Trial testimony.** Case number 2:10-CR-00159-DMG-003  **(Federal case)      UOF**

**2010  (Defense – arbitration/civil)** Koahou v. Desert Hot Springs. **Testimony at an arbitration**. There is no case number.    **UOF**

**2010  (Plaintiff)** Abrams v. Newport Beach.  **Deposition and trial testimony.**  Case number: SACV09-404 DOC (MLGx), United States District Court Central District of California.  **(Federal case)**

**2010 (Plaintiff)** Johnson v. County of Contra Costa.  **Deposition testimony**. Case number: CV09-1241 WHA, United States Northern District Court of California. **(Federal case)   UOF**

**2009 (Plaintiff)** Mendoza v. City of West Covina and Los Angeles County, et al. **Deposition and trial testimony.**  Case number: BC387119.  (LASD)      **UOF**

**2009 (Defense - civil)** Deery v. Ladva. Case number: CGC-08474894. **Deposition testimony.  UOF**

**2009 (Plaintiff)** Jose Moreno v. City of Atascadero Police Department. **Deposition and trial testimony**.  Case number: CV080295.     **UOF**

**2009 (Plaintiff)** Jorboe v. County of Orange. **Deposition testimony.**  Case No: SACV 05-202 JVS (Anx) in the United States District Court, Central District of California. **(Federal case)  UOF**