**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
Tel: (530) 538-7621
Fax: (530) 538-6891

Attorneys for Defendant JERRY SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, in individual,<br><br>Plaintiffs,<br><br>vs.<br><br>JERRY SMITH, in his official capacity of Sheriff of the County of Butte, California,<br><br>Defendant._____/ | Case No.: 2:08-cv-00343-TLN-EFB<br><br>**STIPULATION AND ORDER TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER** |

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CRIME, JUSTICE & AMERICA, INC. and RAY HRDLICKA and Defendant JERRY SMITH, by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

     1.    The parties respectfully request that the District Court modify the Amended Pretrial Scheduling Order (Docket No. 80) to allow an approximate sixty (60) additional days to the close of discovery cutoff date, based on good cause appearing therefore as more fully set forth below.

---
1
**STIPULATION AND ORDER TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER**

2. On July 17, 2013, the Court issued an Amended Pretrial Scheduling Order modifying certain discovery cutoff dates. Specifically, the Court set the following deadlines:

| | |
|---|---|
| Close of discovery | January 10, 2014 |
| Expert witness disclosure deadline | March 10, 2014 |
| Supplemental and Rebuttal witness disclosure deadline | March 30, 2014 |
| Pretrial motion hearing deadline | July 3, 2014 |
| Pretrial Conference | September 11, 2014 |
| Trial | November 17, 2014 |

3. The parties recently engaged in private mediation on December 13, 2013. The parties wish to continue those discussions in good faith. Moreover, the calendars of counsel for the parties have become congested to the point of mutually requiring additional time to complete discovery in light of the continued discussions.

4. The parties previously requested once before to extend the discovery deadline. With this request, no other dates are being requested to be modified.

5. Therefore, the parties respectfully submit that good cause exists to revise the Amended Pretrial Scheduling Order dated July 17, 2013, and therefore request modifications of the Pretrial Scheduling Order as to the **close of discovery** only to extend the deadline to **March 10, 2014**. All other dates are to remain unchanged.

This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be as valid as an original signature.

IT IS SO STIPULATED.

DATED: January 2, 2014            FREEMAN LAW FIRM, INC.

                                  By   /s/   Spencer D. Freeman
                                       Spencer D. Freeman (as authorized on 1/2/14)
                                       Attorney for Plaintiffs

**STIPULATION AND ORDER TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER**

DATED: January 2, 2014          PORTER SCOTT
                                A Professional Corporation


                         By    /s/ John R. Whitefleet
                                John R. Whitefleet
                                Attorney for Defendant



## **ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Amended Pretrial Scheduling Order, be modified. The close of discovery deadline is extended to **March 10, 2014**. All other cutoff deadlines will remain unchanged.

IT IS SO ORDERED.


Dated: January 7, 2014

_____
Troy L. Nunley
United States District Judge