1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CRIME JUSTICE & AMERICA, INC. ,          No.  2:08-cv-00343-TLN-EFB
     ET AL.,
12
                        Plaintiffs            **ORDER DENYING MOTION FOR**
13                                            **RECONSIDERATION**

14          v.

15   JERRY W. SMITH,

16                      Defendant.

17

18          This matter is before the Court pursuant to Plaintiffs Crime, Justice & America, Inc. and

19   Ray Hrdlicka's Request for Reconsideration of this Court's ruling on the parties' motions in

20   limine (ECF No. 109).  On October 3, 2014, this Court issued an Order in which it granted

21   Defendant Smith's motion to exclude letters from prison inmates concerning the utility of

22   Plaintiffs' publication.  (Order, ECF No. 107.)  In its ruling, the Court found that the letters would

23   be offered as direct evidence of one of the main contentions in this case: whether distribution of

24   the publication would cause inmates to engage in nefarious actions and increase the improper use

25   of paper by inmates.  The Court stated that "since the inmates address these issues in their letters,

26   and Plaintiffs would use these letters to prove the truth of the matter asserted, the letters are

27   hearsay."  (ECF No. 107 at 5.)  In its order, the Court also stated that "should Plaintiffs proffer a

28   valid hearsay exception for offering such evidence at trial, the Court would be inclined to

                                              1

1   reconsider its ruling."  (ECF No. 107 at 5 (emphasis added).)   Plaintiffs have filed the above

2   motion under the guise that the Court <u>invited</u> additional briefing on the matter.  (Plaintiffs' Mot.

3   for Recon, ECF No. 109 (stating "[t]he Court specifically invited Plaintiffs to file a memorandum

4   seeking reconsideration of its ruling.").)  The Court did no such thing.  The Court is not

5   persuaded by Plaintiffs' briefing and stands by its original ruling.  As the Court articulated in its

6   previous order, should Plaintiffs proffer a valid hearsay exception during the course of trial, the

7   Court would reconsider its position at that time.  Thus, Plaintiffs' Motion for Reconsideration

8   (ECF No. 109) is hereby DENIED.

9          IT IS SO ORDERED.

10  Dated:  October 22, 2014

Troy L. Nunley
United States District Judge

2