**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
Tel: (530) 538-7621
Fax: (530) 538-6891

Attorneys for Defendant JERRY SMITH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, in individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>JERRY SMITH, in his official capacity of Sheriff of the County of Butte, California,<br><br>    Defendant.<br>_____ / | Case No.: 2:08-cv-00343-TLN-EFB<br><br>**ORDER SUBSTITUTING KORY HONEA AS PROPER DEFENDANT FOR JERRY SMITH** |

Counsel for Defendant submits the [Proposed] Order substituting Kory Honea as proper Defendant for Jerry Smith.

**IT IS HEREBY ORDERED** that Kory Honea is substituted in as proper Defendant for Jerry Smith.

Dated:  November 17, 2014

_____
Troy L. Nunley
United States District Judge

1
**ORDER SUBSTITUTING KORY HONEA AS PROPER DEFENDANT FOR JERRY SMITH**